BUCHALTER
A Professional Corporation
Josh H. Escovedo, State Bar No. 284506
jescovedo@buchalter.com
Emily G. Malhiot, State Bar No. 330082
emalhiot@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

Attorneys for Defendant
DISH Wireless L.L.C.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>DISH WIRELESS, LLC and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00286-KJM-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, DISH shall have until February 23, 2024, to file its responsive pleading to AT&T's complaint.

IT IS SO ORDERED.

DATED: February 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE