1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| AT&T MOBILITY LLC, | Case No. 2:24-cv-00286-KJM-JDP |
|---|---|
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| DISH WIRELESS, LLC and DOES 1 through 10, inclusive, | Date:   April 19, 2024<br>Time:   10:00 A.M.<br>Dept:   3 |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

1. Plaintiff shall have until March 22, 2024, to file its opposition to Defendant's Motion to Dismiss (ECF No. 14) or file an amended complaint;
2. Defendant shall have until April 1, 2024 to file a reply to its Motion to Dismiss; and
3. The hearing on Defendant's Motion shall remain set for April 19, 2024.

**IT IS SO ORDERED.**

DATED: March 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE