1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| AT&T MOBILITY LLC, | Case No. 2:24-cv-00286-KJM-JDP |
|---|---|
| Plaintiff, | **ORDER STAYING CASE FOR 60 DAYS** |
| v. | |
| DISH WIRELESS, LLC and DOES 1 through 10, inclusive, | |
| Defendants. | |

SFACTIVE-907476486.1

## **ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

1. This matter is stayed in its entirety for sixty (60) days.
2. The parties shall file a status report within 30 days of this order.
3. Defendant's motion to dismiss (ECF No. 14) is off calendar, with the right to refile within seven (7) days of the stay lifting.
4. The initial status conference set for April 19, 2024, and related joint status report due fourteen (14) days prior are off calendar.

**IT IS SO ORDERED.**

DATED:  March 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE