UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>DISH WIRELESS, LLC and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:24-cv-00286-DJC-JDP<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT (RE: ECF NO. 25)** |

# ORDER

Pursuant to the stipulation of the Parties (ECF No. 25), and good cause appearing therefor,

1. Plaintiff AT&T may file an amended complaint on or before June 28, 2024.

**IT IS SO ORDERED.**

Dated: June 24, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE