1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| AT&T MOBILITY LLC,                                    | Case No. 2:24-cv-00286-DJC-JDP |
|-------------------------------------------------------|--------------------------------|
| Plaintiff,                                            | **ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENT** |
| v.                                                    |                                |
| DISH WIRELESS, LLC and DOES 1 through 10, inclusive,  |                                |
| Defendants.                                           |                                |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-907573066.1

ORDER GRANTING TIME TO FILE
DISPOSITIONAL DOCUMENTS;
CASE NO. 2:24-CV-00286-KJM-JDP

## **ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

1. Dispositional documents shall be filed on or before August 31, 2024.

**IT IS SO ORDERED.**

Dated: July 19, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING TIME TO FILE
DISPOSITIONAL DOCUMENTS;
CASE NO. 2:24-CV-00286-KJM-JDP

SFACTIVE-907573066.1